JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

11 6531

## I. (a) PLAINTIFFS
Denise V. Anterola, 330 Krail Street, Phila, PA 19129

**DEFENDANTS**
Anthony Joseph Mazza, 11 Brigantine Court, Nottingham, MD 21236

**(b)** County of Residence of First Listed Plaintiff **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Unknown**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
James T. Vernile, Esquire, 1650 Market Street, Floor, 55, Philadelphia, PA 19103, 215-238-8787

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Vehicle of Maryland resident strikes that of PA resident in PA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 75,000.00 or more

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

OCT 18 2011

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 330 Krail Street, Philadelphia, PA 19128

Address of Defendant: 11 Brigantine Court, Nottingham, MD 21236

**11  6531**

Place of Accident, Incident or Transaction: South Gulph Road and Route 202 North, November 7, 2009
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No X

Does this case involve multidistrict litigation possibilities?   Yes☐   No X
RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No X

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No X

CIVIL: (Place ✔ in ONE CATEGORY ONLY)
A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. X Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, James T. Vernile, Esquire, counsel of record do hereby certify:
X Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 10-17-11    James T. Vernile    15770
Attorney-at-Law    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10-17-11    James T. Vernile    15770
Attorney-at-Law    Attorney I.D.#

CIV. 609 (6/08)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **DENISE V. ANTEROLA** | : | **CIVIL ACTION** |
| v. | : | **11   6531** |
| **ANTHONY JOSEPH MAZZA** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.     ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)     ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (X)

| | | |
|---|---|---|
| **October 18, 2011** | **James T. Vernile, Esquire** | _[signature]_ |
| **Date** | **Attorney-at-law** | **Attorney for Plaintiff** |
| 215-238-8787 | 215-238-8715 | JimVernile@VernileLaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| | |
|---|---|
| DENISE V. ANTEROLA<br>330 KRAIL STREET<br>PHILADELPHIA PA 19129<br><br>v.<br><br>ANTHONY JOSEPH MAZZA<br>11 BRIGANTINE COURT<br>NOTTINGHAM, MD 21236 | JURY TRIAL BY JURY OF<br>12 DEMANDED.<br>ASSESSMENT OF DAMAGES<br>HEARING IS REQUIRED.<br><br><br>NO.: 11   6531 |

## COMPLAINT - CIVIL ACTION

1. Plaintiff is a resident of Philadelphia County at the above address.

2. Defendant, Anthony Joseph Mazza is a resident of the state of Maryland at the above address.

3. On or about November 7, 2009 at approximately 10:30 a.m. plaintiff was an occupant of a 2004 Toyota Sequoia registered in the Commonwealth of Pennsylvania owned and operated by Grace M. Hoffman, traveling on South Gulph Road in the right turn ramp for entering Route 202 North when, suddenly and without warning, the vehicle occupied by the plaintiff was struck violently from the rear by a 2001 Jeep Cherokee registered in the State of Maryland owned and operated by Defendant Anthony Joseph Mazza with the result that plaintiff sustained injuries and suffered damages more fully set forth hereinafter.

4. As a result of the forgoing collision, which was caused by the negligence of the defendant, plaintiff sustained injuries including but not limited to Cervical, Thoracic, and Lumbar strain and sprain with dysfunction, left shoulder strain and sprain with dysfunction, Bilateral Trapezius muscle myofascitis, bilateral lower extremity radiculitis, spasms in the cervical, thoracic and lumbar spine, protruded herniated discs in the cervical and lumbar spine, L4 compression fracture, aggravation of a prexisting L4 compression fracture as well as other injuries to the bones, muscles, and tissues of the neck, head, limbs, spine and other body parts and internal organs and nervous system to be more fully described hereafter.

5. The plaintiff, did in fact suffer a serious injury as defined in the Pennsylvania Motor Vehicle Financial Responsibility Law.

6. Plaintiff has been required to expend, as the result of the negligence of the Defendant, sums for medical care and loss of income exceeding the amounts recoverable under the provisions of the Pennsylvania Financial Responsibility Act, 75 PA C.S.A., §1711.

7. At the time of the accident in question, Plaintiff sustained, as a result of the negligence of the defendants, serious impairment of body function and serious disfigurement.

8. At the time of the accident in question, the Plaintiff was entitled to Full Tort Protection under the provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law.

9. In addition to the aforementioned damages, plaintiff has, as a result of defendants aforementioned negligence, sustained:

   a. Pain and suffering past, present and future;

   b. Past and future medical expenses;

   c. Mental distress;

   d. Disability, lost earnings and earnings capacity, past, present and future;

   e. Disfigurement, loss of life's pleasures and other intangible losses compensable under the Laws of the Commonwealth of Pennsylvania past, present and future.

10. The accident, injury and damages described above resulted from the negligence of this defendants by acts or omissions including but not limited to:

   a. driving at an excessive rate of speed under the circumstances;

   b. failing to have defendant's vehicle under control;

   c. failing to apply the brakes in time to avoid the collision;

   d. negligently applying the brakes;

   e. failing to observe the vehicle occupied by the Plaintiff on the highway;

   f. failing to operate defendant's vehicle in accordance with existing traffic conditions and traffic controls;

   g. failing to drive at a speed and in a manner that would allow defendant driver to stop within the assured clear distance ahead;

h. failing to keep a reasonable lookout for other vehicles lawfully on the road;

i. operating defendant's vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

j. violation of the Pennsylvania Vehicle Code;

k. failure to exercise reasonable care under the circumstances;

WHEREFORE, Plaintiff seeks damages against this Defendant in an amount greater than Fifty Thousand ($50,000) Dollars, along with the imposition of delay damages, attorney fees, court costs and other costs and fees as provided by law.

Respectfully submitted,

BY: ______________________

JAMES T. VERNILE, ESQUIRE
ATTORNEY FOR PLAINTIFFS,
DENISE V. ANTEROLA

ONE LIBERTY PLACE, 55TH FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 238-8787

COMMONWEALTH OF PENNSYLVANIA   :
: ss
COUNTY OF PHILADELPHIA   :

## VERIFICATION

Denise V. Anterola, hereby states that she is the plaintiff in this action and verifies that the statements made in the foregoing Civil Action - Law are true and correct to the best of her knowledge, information and belief. The undersigned understand that the statements therein are made subject to penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

DATE: Oct. 3, 2011

_____
DENISE V. ANTEROLA

AnterolaDeniseVictoria 11-7-09\Civilact