IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE V. ANTEROLA, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY JOSEPH MAZZA, | : | NO. 11-CV-6531 |
|     Defendant. | : | |

**FILED**
MAY 11 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 11th day **of May, 2012,** after a bench trial on May 1, 2012, it is hereby

ORDERED that judgment is entered against Defendant in the amount of $115,000.

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE